**FILED**

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MAR 2 6 2024

MITCHELL R. ELFERS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) CRIMINAL NO. 24-369 DHU |
| | ) |
| vs. | ) Count 1:  18 U.S.C. §§ 1153, 113(a)(6): |
| | ) Assault Resulting in Serious Bodily |
| **ROBERT ABEYTA,** | ) Injury; |
| | ) |
| Defendant. | ) Count 2:  18 U.S.C. §§ 1153, 113(a)(3): |
| | ) Assault with a Dangerous Weapon; |
| | ) |
| | ) Count 3:  18 U.S.C. § 924(c)(1)(A)(iii): |
| | ) Using and Carrying a Firearm During and |
| | ) in Relation to a Crime of Violence; |
| | ) Discharging Said Firearm. |

INDICTMENT

The Grand Jury charges:

Count 1

On or about June 28, 2023, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **ROBERT ABEYTA**, an Indian, assaulted John Doe, and the assault resulted in serious bodily injury.

In violation of 18 U.S.C. §§ 1153 and 113(a)(6).

Count 2

On or about June 28, 2023, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **ROBERT ABEYTA**, an Indian, assaulted John Doe with a dangerous weapon, specifically, a firearm, with intent to do bodily harm.

In violation of 18 U.S.C. §§ 1153 and 113(a)(3).

<u>Count 3</u>

On or about June 28, 2023, in Rio Arriba County, in the District of New Mexico, the defendant, **ROBERT ABEYTA**, knowingly used and carried a firearm, during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, specifically, Assault with a Dangerous Weapon as charged in Count 2 of this indictment, and the firearm was discharged.

In violation of 18 U.S.C. § 924(c)(1)(A)(iii).


A TRUE BILL:


/s/
_____
FOREPERSON OF THE GRAND JURY


_____
Assistant United States Attorney