# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No: 24-369 DHU | | USA vs.: Abeyta | |
| Date: 2/11/25 | | Name of Deft: Robert Abeyta | |
| Before the Honorable: David Herrera Urias | | | |
| Time In/Out: 10:03-11:23 AM | | Total Time in Court (for JS10): 1 hour 20 minutes | |
| Clerk: J. Gonzales | | Court Reporter: C. McAlister | |
| AUSA: Margaret Tomlinson | | Defendant's Counsel: Dennis Candelaria | |
| Sentencing in: ABQ | | Interpreter: | |
| Probation Officer: Daniella Martinez | | Interpreter Sworn? Yes / No | |
| Convicted on: **X** Plea / Verdict | | As to: **X** Information / Indictment | |
| If Plea: Accepted / Not Accepted | Adjudged/Found Guilty on Counts: 1 | | |
| If Plea Agreement: **X** Accepted / Not Accepted / No Plea Agreement | Comments: | | |
| Date of Plea/Verdict: 9/30/24 | PSR: **X** Not Disputed / Disputed | **X** Courts adopts PSR Findings | |
| Evidentiary Hrg: **X** Not Needed / Needed | Exceptions to PSR: | | |

**SENTENCE IMPOSED** — Imprisonment (BOP): 102 months

Supervised Release: 3 years    Probation:

REC **X** 500-Hour Drug Program    ☐ BOP Sex Offender Program    Other:

ICE    ☐ Court recommends ICE begin removal proceedings immediately or during service of sentence    ☐ ICE not applicable

## SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for ___ months ___ days |
| | Comply with ICE laws and regulation | | Community service for ___ months ___ days |
| **X** | Participate in outpatient substance abuse treatment program | | Reside halfway house ___ months ___ days |
| | Participate in/successfully complete mental health program | | Register as sex offender |
| | Refrain from use/possession of alcohol/intoxicants | | Participate in sex offender treatment program |
| **X** | Submit to search of person/property | | Possess no sexual material |
| **X** | No contact with victim(s) | | No computer with access to online services |
| | No entering or loitering near victim's residence | | No contact with children under 18 years |
| | Provide financial information | | No volunteering where children supervised |
| | Grant limited waiver of confidentiality | | Restricted from occupation with access to children |
| **X** | Refrain from use and possession of synthetic cannabinoids, etc. | | No loitering within 100 feet of school yards |
| | No possession of a firearm, ammunition, destructive device or any other dangerous weapon | | Participate in an educational or vocational program approved by the Probation Officer |

OTHER:
You shall waive your right of confidentiality-substance abuse
You must submit to substance abuse testing to determine if you have used a prohibited substance. Testing shall not exceed more than 60 test(s) per year.
You must not use or possess alcohol. You may be required to submit to alcohol testing that may include urine testing, a remote alcohol testing system, and/or an alcohol monitoring technology program to determine if you have used alcohol. Testing shall not exceed more than 4 test(s) per day.
You must participate in and successfully complete a community-based program which provides education and training in anger management.
You must participate in and successfully complete a community-based program which provides education and training in parenting.

| | | | |
|---|---|---|---|
| Fine: $ 0.00 | | Restitution: $ Open for 90 days | |
| SPA: $ 100.00 | | Payment Schedule: Due Immediately / Waived | |

OTHER: Consistent with a stipulation in the Plea Agreement, the defendant forfeits his rights, title, and interest in a Taurus 9mm pistol, bearing serial number TKS535.

☐ Advised of Right to Appeal    **X** Waived Appeal Rights per Plea Agreement

|   | Held in Custody | X | Voluntary Surrender-60 days |
|---|---|---|---|
| X | Recommended place(s) of incarceration: | | FCI Dansbury, CT |
|   | Dismissed Counts: | | |
| OTHER COMMENTS: | Mr. Candelaria requests acceptance of plea agreement-requests 84-month sentence.<br>Ms. Tomlinson requests high end guideline sentence.<br>M. A. addresses Court.<br>B.M. addresses Court.<br>K.M. addresses Court.<br>Defendant addresses Court.<br>Mr. Candelaria requests designation and self-surrender. | | |